UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

| | | |
|---|---|---|
| JENNIFER HALL, et al. | : | Case No. 2:19-cv-00054 |
| | : | |
| Plaintiffs, | : | Judge: David L. Bertelsman |
| | : | Magistrate Judge Candace J. Smith |
| v. | : | |
| | : | **JOIN STATUS REPORT –** |
| KENTON COUNTY, KENTUCKY, et al. | : | **NOTICE OF SETTLEMENT** |
| | : | |
| Defendants. | : | |
| | : | |

The parties jointly report the status of this case as follows:

The case has reached a settlement among all remaining parties. The jury trial date scheduled for March 4th, 2023 should be removed from the court's docket. The parties ask for 30 days to execute the settlement agreement and file an agreed order of dismissal.

Respectfully submitted,

/s/Martin S. Summe_____
Martin Summe
summemlaw@gmail.com
Nicholas Summe
nsummelaw@gmail.com
Summe & Summe, PSC
19 West 11th Street
Covington, Kentucky 41011
859/491-2593 (Phone)
859/479-0188 (FAX)


/s/ Gregory A. Belzley_____
Gregory A. Belzley
gbelzley3b@gmail.com
Camille A. Bathurst
camillebathurst@aol.com
Aaron Bentley

4814-3199-7638.1

1

        abentley3b@gmail.com
        Belzley, Bathurst & Bentley
        P.O. Box 278
        Prospect, KY  40059
        502/292-2452

        *Counsel for Plaintiffs and the Estate*

        /s/ Judd R. Uhl** by permission
        Judd R. Uhl
        Lewis, Brisbois, Bisgaard & Smith, LLP
        909 Wright's Summit Parkway, Suite 230
        Ft. Wright, KY 41011
        859/663-9830
        859/663-9829 (Fax)
        judd.uhl@lewisbrisbois.com

        *Counsel for the Medical Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3rd, 2023, the foregoing was filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Martin S. Summe
        *Counsel for Plaintiffs and the Estate*