IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2:19-00054-DLB-CJS

JENNIFER HALL, et al.                          PLAINTIFFS

v.                          **ORDER**

TERRY CARL, et al.                          DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

This Court having been notified by the parties that this matter has been settled and resolved between Plaintiffs and the SHP Defendants – Southern Health Partners, Inc., Sharon M. Schaffield, Executor of the Estate of Mark Schaffield, Shawnee Thoman, and LaShae Setters – hereby enters the following Order:

1. Plaintiff's causes of action as asserted against the aforementioned SHP Defendants are hereby settled and Plaintiff's claims against the SHP Defendants are dismissed, **with prejudice**, pursuant to Federal Civil Rule 41(a).

2. This Order of Dismissal is a FINAL AND APPEALABLE ORDER under Federal Civil Rule 54(b), all claims to all parties having now been addressed in light of the current settlement between Plaintiffs and the SHP Defendants – Southern Health Partners, Inc., Sharon M. Schaffield, Executor of the Estate of Mark Schaffield, Shawnee Thoman, and LaShae Setters – and the July 5, 2022 Memorandum Opinion and Order (R. 128) having granted summary judgment

in favor of the Kenton County Defendants – Terry Carl, Kenton County, Kentucky, and Carrie Ray – as to Plaintiff's claims against them.

Signed this \_\_\_7TH\_\_\_ day of December, 2023.

Signed By:
*David L. Bunning*
United States District Judge